**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON MOTION FOR EN BANC RECONSIDERATION**

Appellate case name:        In re Deerbrook Mall, LLC

Appellate case number:    01-14-00398-CV

Trial court case number:  2013-49637

Trial court:                      11th District Court of Harris County

Date motion filed:            November 4, 2014

Party filing motion:         Relator


        The en banc court has unanimously voted to deny relator's motion for en banc reconsideration. It is ordered that the motion is denied.



Judge's signature:/s/ Terry Jennings
                              Acting for the Court the En Banc Court*

Date:  December 16, 2014

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Huddle (Justice Sharp not participating).